RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorney for Daniel Walter Sydow

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL WALTER SYDOW,<br><br>Defendant. | Case No. 2:15-cr-214-RFB-1<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO THE GOVERNMENT'S MOTION TO QUASH, OR IN THE ALTERNATIVE, MODIFY DEFENDANT SYDOW'S SUBPOENA TO THE BUREAU OF PRISONS (ECF NO. 74)**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven Myhre, Acting United States Attorney, and John Patrick Burns, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for Daniel Walter Sydow, that the response to the government's motion to quash, or in the alternative, modify defendant Sydow's subpoena to the bureau of prisons currently due on July 11, 2017, be vacated and continued to a date and time convenient to the Court, but no sooner than ten days.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant was on annual leave from 6/27/17 until 7/7/17 and was not aware of the motion until his return on 7/10/17. Counsel for the defendant needs additional time to prepare a response.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for an extension of time.

DATED this 10th day of July, 2017.

RENE L. VALLADARES  
Federal Public Defender

STEVEN MYHRE  
Acting United States Attorney

*/s/ Brian Pugh*  
By_____  
BRIAN PUGH  
Assistant Federal Public Defender

*/s/ John Patrick Burns*  
By_____  
JOHN PATRICK BURNS  
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL WALTER SYDOW,<br><br>　　　　Defendant. | Case No. 2:15-cr-214-RFB-1<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the response to the government's motion to quash, or in the alternative, modify defendant Sydow's subpoena to the bureau of prisons currently due on July 11, 2017, be vacated and continued to July 24, 2017 by 4:00 p.m.; or to a time and date convenient to the Court.

　　DATED this 11th of July, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE